FILED
MAY 29 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:09-5817 MHP

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 10, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 5/21/2012

ATTEST:

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                    MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE DIST DIV. C.A.NO. | TRANSFEROR DIST DIV. C.A.NO. | CASE CAPTION |
|---|---|---|
| PAE 2 10–61102 | CAN 3 09–05817 | SPELLMAN v. UNITED STATES STEEL CORPORATION |
| PAE 2 10–61106 | CAN 4 09–05648 | Paul Maeser v. Foster Wheeler, LLC, et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875
**Conditional Remand Order**
Spellman, CA-N, 3:09-5817

Dear Clerk:

In August 2011 our office mailed a certified copy of this conditional remand order to you for filing on the above case. This case should now be re-opened in your court pursuant to the JPML transferring jurisdiction back to the Northern District of California. In reviewing your docket, we do not see that this order has been entered or the case re-opened. Can you kindly docket this certified conditional remand order on the above case and have your case re-opened. Please acknowledge receipt of this order by signing the attached copy of this cover letter. Any questions please contact me at (267) 299-7018. Thank You and Have a Good Day.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Tom Dempsey
Tom Dempsey
MDL Docketing Clerk

Enclosure

Received above material this _____ Day of _____, 2012.

Signature:_____

Date:_____