IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMA SPELLMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES STEEL CORP.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 09-05817 WHA<br><br>**ORDER CLOSING ACTION** |

　　　Due to the parties' error in their case management statement (Dkt. No. 20), the undersigned was led to believe that there was more than one defendant in this action. Not so. Foster Wheeler LLC is a defendant in a separate action, Civ. 09-5648, before Judge Saundra Armstrong.

　　　Here, the complaint lists only United States Steel Corporation as a defendant (Dkt. No. 1). Pursuant to a stipulation, all claims against U.S. Steel have been dismissed with prejudice (Dkt. No. 25). Therefore, the clerk shall close the file.

　　　Nothing in this order affects the proceedings before Judge Armstrong.

　　　**IT IS SO ORDERED.**

Dated: September 17, 2012.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE