**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMA SPELLMAN, | No. C 09-05817 WHA |
| Plaintiff, | |
| v. | **ORDER RE LETTER** |
| FOSTER WHEELER, LLC., | |
| Defendant. | |

    In response to the order requesting the clerk to close this action, plaintiff filed a letter explaining that Foster Wheeler, LLC was added as a defendant while this action had been transferred to the Eastern District of Pennsylvania. Plaintiff has attached a copy of the now-operative first amended complaint to her letter.

    Therefore, the prior order for the clerk to close this action is vacated. All case management dates, including the date of trial, remain unchanged (Dkt. No. 22).

**IT IS SO ORDERED.**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE