United States District Court

For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   ROMA SPELLMAN, as Wrongful
     Death Heir and as Successor-in-Interest
11   to MARVON SPELLMAN, Deceased,              No. C 09-05817 WHA
12           Plaintiff,
13     v.                                       **ORDER MOVING FINAL**
                                                **PRETRIAL CONFERENCE**
14   FOSTER WHEELER, LLC,
15           Defendant.
16   _____/
17
          The Court hereby **MOVES** the case management conference to **NOVEMBER 7, 2012, AT**
18
     **8:00 A.M.**
19
20        **IT IS SO ORDERED.**
21
22   Dated:  October 17, 2012.                  _____
23                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28