1 | ALAN R. BRAYTON, ESQ., CA S.B. #73685
2 | DAVID R. DONADIO, ESQ., CA S.B. #154436
  | Email: DDonadio@braytonlaw.com
3 | BRAYTON❖PURCELL LLP
  | Attorneys at Law
4 | 222 Rush Landing Road
  | P.O. Box 6169
5 | Novato, California 94948-6169
  | (415) 898-1555
6 | (415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMA SPELLMAN, as Wrongful Death Heir and as Successor-in-Interest to MARVON SPELLMAN, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES STEEL CORPORATION, *et al.*,<br><br>Defendants. | No. 3:09-cv-05817-WHA<br><br>ORDER GRANTING STIPULATED DISMISSAL<br><br>This document relates to:<br><br>*Roma Spellman, et al. v United States Steel Corporation (fka USX Corporation), et al.,* United States District, Eastern District of Pennsylvania, Case No. 2:10-cv-61102-ER |

The parties request this Court dismiss defendant FOSTER WHEELER LLC f/k/a FOSTER WHEELER CORPORATION from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

///

1
REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC f/k/a FOSTER WHEELER CORPORATION, WITHOUT PREJUDICE; ORDER, Case No. 3:09-cv-05817-WHA

```
 1 | Dated: October 15, 2012                    BRAYTON❖PURCELL LLP
 2 |
 3 |
 4 |
 5 |                                            By: s/ David R. Donadio
   |                                              DAVID R. DONADIO, ESQ., CA S.B. #154436
 6 |                                              Email:  DDonadio@braytonlaw.com
   |                                              Tel: (415) 898-1555
 7 |                                              Fax: (415)898-1247
   |                                              Attorneys for Plaintiff
 8 |
 9 |
10 | Dated: 10/17/12                            BRYDON HUGO & PARKER
11 |
12 |
13 |
14 |                                            By: /s/
   |                                              SHELLEY K. TINKOFF
15 |                                              Attorneys for Defendant
   |                                              FOSTER WHEELER LLC f/k/a
16 |                                              FOSTER WHEELER CORPORATION
17 |
18 | Dated: October 17, 2012.                   SO ORDERED:
19 |
20 |
21 |
22 |                                            _____
23 |                                            District Judge William Alsup
```